**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2422**

DANIEL J. WILLIS,

       Petitioner - Appellant,

      v.

TOWN OF TRENTON, NORTH CAROLINA; DAN WOOTEN, Individually and as Leading Attorney; CAROL M. HOOD, Individually and as Personal Representative; SHERI M. DAVENPORT, Individually and a Former Town Counsel; JAMES R. FRANCK, Individually and a Former Town Tree Expert; ANN BROCK, Individually and as Former Town Council Member; CLAIRE LYNN BROCK, Individually, as Attorney and as Magistrate of Jones County; CHARLES HENDERSON, Individually and as Former Town Counsel as Jones County Clerk of Court; JOFFREE T. LEGGETT, Individually and as Town Mayor (Deceased); CHARLES C. JONES, JR., Individually and as Member of Town Council; EDWARD EUBANKS, Individually and Member of Town Council (Deceased); C. GLENN SPIVEY, Individually and as Town Clerk,

       Respondents - Appellees.

**No. 16-2423**

DANIEL J. WILLIS,

       Plaintiff - Appellant,

      v.

CHRISTOPHER C. HENDERSON, Clerk of Court, Jones County North Carolina; TOWN OF TRENTON; SYLVIA A. WILLIS, Mayor; ALBERT RIGGS, Town Council Member; CHARLES JONES, JR., Town Council Member; WILLARD

LEWIS, Town Council Member; GLENN SPIVEY, Clerk; NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; LYNDO TIPPETT, Secretary, North Carolina Department of Transportation, it agents and employees; DANIEL DEVANE; MARVIN BLOUNT, III; PAUL L. JONES, Superior Court Judge, Judicial District 8A; W. PARSONS, Superior Court Judge, Judicial District 4A,

Defendants - Appellees.

--------------------

**No. 16-2424**

--------------------

DANIEL J. WILLIS,

Petitioner - Appellant,

v.

JONES COUNTY BOARD OF EDUCATION; TOWN OF TRENTON, NORTH CAROLINA,

Respondents - Appellees.

--------------------

**No. 16-2425**

--------------------

DANIEL J. WILLIS,

Petitioner - Appellant,

v.

TYNDALL LEWIS,

Respondent - Appellee.

2

**No. 16-2426**

DANIEL J.  WILLIS,

       Petitioner - Appellant,

         v.

MICHAEL  T.  BRACY, Superintendent, Jones  County  Schools;  BRENDA REECE; JONES COUNTY COMMISSIONERS,

       Respondents - Appellees.

**No. 16-2427**

In re:  DANIEL J. WILLIS,

       Petitioner.

**No. 16-2428**

DANIEL J. WILLIS,

       Petitioner - Appellant,

        v.

TOWN  OF  TRENTON, and  its  Council  Members, and/or  their  Successors; GLENN SPIVEY, Town Clerk and /or their Successor; SHERI M. DAVENPORT,

       Respondents - Appellees.

Appeals from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (4:16-mc-00001-H; 4:16-mc-00002-H; 4:16-mc-00004-H; 4:16-mc-00005-H; 4:16-mc-00006-H; 4:15-mc-00007-H; 4:15-mc-00005-H)

Submitted: April 25, 2017                                    Decided: April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's orders denying his motion for leave to file several civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willis v. Town of Trenton, NC*, Nos. 4:16-mc-00001-H; 4:16-mc-00002-H; 4:16-mc-00004-H; 4:16-mc-00005-H; 4:16-mc-00006-H; 4:15-mc-00007-H; 4:15-mc-00005-H (E.D.N.C. Dec. 7, 2016). We grant leave to proceed in forma pauperis. We deny Willis's petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

5